UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANE E. BENTLEY,

    Plaintiff,

v.

JAMES MCGETTIGAN,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Civil Number 05-2942(RMB)

X    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 50(a), judgment as a matter of law be entered in favor of Defendant James McGettigan and against Plaintiff Jane E. Bentley's claims for compensatory damages for severe emotional distress and for punitive damages; and

**IT IS FURTHER ORDERED AND ADJUDGED** that a judgment as a matter of law be entered in favor of Plaintiff Jane E. Bentley and against Defendant James McGettigan for nominal damages in the amount of $1.00.

June 25, 2009
DATE

HONORABLE RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE