UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-3069
_____

JANE BENTLEY,
Appellant

v.

ATLANTIC COUNTY, NEW JERSEY;
THE OFFICE OF THE SHERIFF OF
ATLANTIC COUNTY, NEW JERSEY;
JAMES MCGETTIGAN,
Individually and in his official capacity as
Sheriff of Atlantic County;
JOSEPH CONNELY
_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 05-cv-02942)
District Judge: Honorable Renee M. Bumb
_____

Submitted Under Third Circuit LAR 34.1(a)
May 26, 2010

Before:  McKEE, Chief Judge, RENDELL and GARTH, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for

the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on

May 26, 2010.  On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Orders of the District Court entered on August 16, 2007, March 6, 2008, August 18, 2008 and June 25, 2009, be and the same are hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Costs taxed against the Appellant.

        ATTEST:

        /s/Marcia M. Waldron
        Clerk

Dated: May 27, 2010